[No. 4339–1.   Division One.   June 6, 1977.]

PAUL W. LEWIS, *Appellant,* v. SKIPPER'S
FISH & CHIPS, INC., ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 793050, William C. Goodloe, J., entered
December 5, 1975. *Affirmed* by unpublished opinion per
Williams, J., concurred in by Farris, C.J., and Swanson, J.


[No. 4347–1.   Division One.   June 6, 1977.]

TACOMA TEACHERS HOME ASSOCIATION, INC., *Respondent,*
v. UNITED STATES FIDELITY AND GUAR–
ANTY CO., *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 233883, James V. Ramsdell, J., entered
November 14, 1975. *Affirmed* by unpublished opinion per
Swanson, J., concurred in by Farris, C.J., and Williams, J.


[No. 4606–1.   Division One.   June 6, 1977.]

THE STATE OF WASHINGTON, *Respondent,* v. KERMIT
GEORGE HILLIARD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 74094, Nancy A. Holman, J., entered March
10, 1976. *Affirmed* by unpublished opinion per Andersen,
J., concurred in by Farris, C.J., and Williams, J.